IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SOFTWARE AUTOMATION HOLDINGS, LLC, | ) |
| SAH and Counter-Defendant, | ) |
| v. | ) CASE NO.: 5:23-cv-140-D-RJ |
| INSURANCE TOOLKITS, LLC, and JOSEPH WAHL, | ) |
| Defendants and Counter-SAHs, | ) |

## ORDER

This matter comes before the Court on Defendants Insurance Toolkits, LLC and Joseph Wahl's ("Defendants") Motion to Dismiss Counterclaim Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and for entry of judgment. Having considered the motion,

**IT IS ORDERED** that Defendants' motion to dismiss, Dkt. 81, is **GRANTED** and Defendants Insurance Toolkits, LLC and Joseph Wahl's counterclaim is dismissed without prejudice. The clerk is directed to enter judgment dismissing all claims of Plaintiff with prejudice and Defendants without prejudice.

This the 22 day of July, 2025.

United States District Judge
JAMES C. DEVER III